IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **MINNIE V. BRANDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 08-0706-CV-W-GAF |
| | ) | |
| **CARLOS R. MEDINA and** | ) | |
| **STATE FARM MUTUAL** | ) | |
| **AUTOMOBILE INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

Now pending before the Court is the parties' Joint Stipulation of Partial Dismissal With Prejudice in which the parties agree to dismiss with prejudice all claims contained in Count V of Plaintiff's Complaint. Accordingly, it is

ORDERED that all claims contained in Count V of Plaintiff's Complaint are dismissed with prejudice.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: March 24, 2009