IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MINNIE V. BRANDON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 08-0706-CV-W-GAF |
| ) | |
| **CARLOS R. MEDINA and STATE** ) | |
| **FARM MUTUAL AUTOMOBILE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

Now pending before the Court is the Stipulation for Dismissal With Prejudice of the Claims of Plaintiff Minnie V. Brandon Against Separate Defendant State Farm Mutual Automobile Insurance Company. Accordingly, it is

ORDERED that Plaintiff's claims against separate Defendant State Farm Mutual Automobile Insurance Company are dismissed with prejudice. Each party shall bear its own costs.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant, Carlos R. Medina, remain pending.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: May 8, 2009