# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| **MINNIE V. BRANDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 08-0706-CV-W-GAF** |
| | ) | |
| **CARLOS R. MEDINA and** | ) | |
| **STATE FARM MUTUAL** | ) | |
| **AUTOMOBILE INSURANCE** | ) | |
| **COMPANY,** | ) | |
| **Defendants.** | ) | |

## ORDER

Presently before the Court is Plaintiff Minnie V. Brandon's Motion to Remand Cause to the Circuit Court of Jackson County, Missouri. (Doc. #49). Plaintiff asserts that because both she and the only remaining Defendant in this case, Carlos R. Medina, are Missouri residents, the Court lacks proper subject-matter jurisdiction over the case. *Id.* Plaintiff asks the Court to remand the case to the Circuit Court of Jackson County, Missouri. After consideration and review, it is

**ORDERED** that the case be REMANDED to the Circuit Court of Jackson County, Missouri, due to a lack of subject-matter jurisdiction over the remaining Defendant.

**IT IS SO ORDERED.**

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: September 18, 2009

1